UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Wayside Property, Inc.**, a California Corporation; <br> **J&C M Holding, Inc.**, a California Corporation, <br><br> Defendants. | Case No. 2:13-cv-01610-WBS-AC <br><br> **ORDER** <br> (granting plaintiff's request to appear telephonically for the motion for summary judgment) |

    Plaintiff's counsel may appear telephonically for the motion for summary judgment on July 28, 2014. He will be available by phone at 858-375-7385. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

    Dated:  June 24, 2014

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[proposed] ORDER
WBS-AC

Case No. 2:13-cv-01610-WBS-AC