O'Connor and Associates
201 Mission Street
Suite 710
San Francisco, CA 94105

Tax ID: 26-3628587

Mark Potter  Date: 10/15/2014
Potter Handy LLP
P.O. Box 262490
San Diego, CA 92196-2490

Regarding: Johnson v. Wayside - Fee Expert
Invoice No: 00590

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/09/2014 | JCS | Print documents provided by client; binderize | 0.20 | $250.00 | $50.00 |
| 10/09/2014 | JDO | Review rate survey, Potter declaration; telephone calls | 2.00 | $545.00 | $1,090.00 |
| 10/10/2014 | JCS | Pull and print from Trujillo re Laffey Matrix and fee scales; compile cases and research from Hartford | 1.20 | $250.00 | $300.00 |
| 10/10/2014 | JDO | Review rates, bills and cases | 1.40 | $545.00 | $763.00 |
| 10/12/2014 | JDO | Research case law, prior court rulings, and surveys; begin draft of declaration | 3.20 | $545.00 | $1,744.00 |
| 10/13/2014 | JCS | Locate and pull updated Laffey matrices; research recent cases re Laffey; prep John's declaration; prep Laffey table adjusting for cost of living (DC v. Sac); edit John's declaration with cost of living adjustments | 3.30 | $250.00 | $825.00 |
| 10/13/2014 | JDO | Complete research and draft of declaration | 2.90 | $545.00 | $1,580.50 |
| 10/14/2014 | JCS | Update declaration with dictation and John's notes; prepare exhibits | 1.50 | $250.00 | $375.00 |

Total Fees $6,727.50

Page No.:　　2

|                    |        |
|--------------------|-------:|
| Total New Charges  | $6,727.50 |
| Previous Balance   | $0.00  |
| Balance Due        | $6,727.50 |

**Phase Table**

| Phase  | Hours | Rate   | Charges   |
|--------|-------|--------|-----------|
| (None) | 15.70 | 250.00 | $6,727.50 |

**Staff Summary**

| Name             | Hours | Rate     | Fees      |
|------------------|-------|----------|-----------|
| Jessica Shafer   | 6.20  | $250.00  | $1,550.00 |
| John D. O'Connor | 9.50  | $545.00  | $5,177.50 |

10.0% annual interest is charged on all unpaid balances. We now accept major credit cards as payment.  Please contact admin@joclaw.com if you wish to pay by credit card.