UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Wayside Property, Inc.**, a California Corporation; **J&C M Holding, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants | **Case No**. 2:13-cv-01610-WBS-AC <br><br> **ORDER** <br> (granting plaintiff's request to appear telephonically for the motion for attorney's fees) <br><br> Date:  November 17, 2014 <br> Time:  2:00 p.m. <br> Ctrm:  5 <br><br> Hon. William B. Shubb |

Plaintiff's counsel may appear telephonically for the motion for an award of attorney's fees on November 17, 2014. He will be available by phone at 858-375-7385. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: October 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE